1

2

3

4

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

5

6

BONNIE TUTTLE, a married woman,

No. C05-5271 FDB

7

Plaintiff,

8

v.

**ORDER GRANTING DEFENDANTS'
MOTION TO ENLARGE TIME WITHIN
WHICH TO FILE ANSWER**

9

STANDARD INSURANCE COMPANY, an
Oregon corporation, and O BEE CREDIT

10

UNION LONG TERM DISABILITY
INSURANCE PLAN, an employee welfare

11

benefit plan,

12

Defendants.

13

14

Defendants' unopposed Motion to Enlarge the Time for them to file an answer from

15

August 26, 2005, to September 2, 2005, is granted.

16

DATED this  29th  day of August, 2005.

17

18

19

FRANKLIN D. BURGESS
UNITED STATES DISTRICT JUDGE

20

21

22

Presented by:

23

Richard A. Lee, WSBA No. 17537
Of Attorneys for Defendants

24

25

26

C:\Documents and Settings\etucker0\Local
Settings\Temp\notes6030C8\Proposed-Order-mtn-enlarge.wpd

BODYFELT MOUNT STROUP & CHAMBERLAIN LLP
Attorneys at Law
707 SW Washington Street, Suite 1100
Portland, Oregon 97205-3528
Telephone (503) 243-1022