Honorable Franklin D. Burgess

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| BONNIE TUTTLE, a married woman, | Case No. C05-5271 FDB |
| Plaintiff, | **STIPULATION AND ORDER EXTENDING THE DEADLINE TO FILE DISPOSITIVE MOTIONS** |
| vs. | |
| STANDARD INSURANCE COMPANY, an Oregon corporation, and O BEE CREDIT UNION LONG TERM DISABILITY INSURANCE PLAN, an employee welfare benefit plan, | **Note on Motion Calendar: June 28, 2006** |
| Defendants. | |

Plaintiff and Defendants ("the Parties"), by and through their attorneys of record, stipulate and jointly move as follows:

**I.  STIPULATION**

In order to facilitate the filing of a stipulated protective order, the Parties request an extension of time to file remaining motions, including dispositive motions.  Accordingly, the Parties stipulate to and jointly move for a 7-day extension of the deadline, resulting in the following revised deadline:

All remaining motions, including
dispositive motions due by:                                    July 7, 2006

BODYFELT MOUNT STROUP & CHAMBERLAIN LLP
Attorneys At Law
707 SW Washington Street, Suite 1100
Portland OR 97205-3528
Phone: 503-243-1022 Fax: 503-243-2019

1    This enlargement of time will not affect any of the other deadlines in the case.

2                                          **II. ORDER**

3        Having considered the foregoing Stipulation, a continuance of the deadline to file all

4    remaining motions, including dispositive motions, is granted.  IT IS HEREBY ORDERED

5    that the following scheduling date shall apply in this action:

6        All remaining motions, including
         dispositive motions due by:                                    July 7, 2006
7

8

9    DATED this 29th day of June 2006.

10

11

12

13

14        FRANKLIN D. BURGESS
          UNITED STATES DISTRICT JUDGE

15

16    Presented by:

17    SONG MONDRESS PLLC                      BODYFELT MOUNT STROUP &
                                              CHAMBERLAIN LLP
18

19     /s/    Michael P. Monaco               /s/    Richard A. Lee
      Michael P. Monaco, WSBA No 24460        Richard A. Lee, WSBA No. 17537
20    (206) 398-1500                          (503) 243-1022
      Fax: (206) 398-1501                     Fax: (503) 243-2019
21    Email:  mmonaco@songmondress.com        Email:  lee@bmsc-law.com
                                              Attorneys for Defendants
22

23    STEPHEN J. HENDERSON, LAWYERS
      Stephen J. Henderson, WSBA No. 5998
24    Attorneys for Plaintiff

25

26

STIPULATION AND ORDER EXTENDING THE DEADLINE
TO FILE DISPOSITIVE MOTIONS
Case No. C05-5271 FDB  –                    Page 2                    BODYFELT MOUNT STROUP & CHAMBERLAIN LLP
                                                                     Attorneys At Law
                                                                     707 SW Washington Street, Suite 1100
                                                                     Portland OR 97205-3528
                                                                     Phone: 503-243-1022 Fax: 503-243-2019